Anthony J. Sarro MD
260 Ainslie Street
Brooklyn, NY 11211
asarro@mpimed.com, (917) 834-1718

January 22, 2018

The United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: ANTHONY J. SARRO, M.D., PRO-SE

        Plaintiff,
Vs.

BANK OF AMERICA; and

MUTUAL OF NEW YORK,

        Defendants,

Case No. 16-cv-5066-ENV-ST

ATTN: ALL COURTS CONCERNED AND JUDGE ERIC N. VITALIANO

Dear Honorable Sirs:

My case #16-cv-5066-ENV-ST is pending for consideration by Judge Vitaliano for dismissal or procedure to trial. I have been waiting approximately one year for a decision.

Let it be known that I am 88 years old and have developed a serious debilitating and possible life threatening neurologic disease and the future to me is unpredictable (myasthenia gravis).

Under these circumstances it is respectfully requested by me that my case be expedited to the best of the courts ability and that special consideration be given under the current circumstances.

Sincerely,

Anthony J. Sarro, M.D.

Courtesy copies sent to:

Kenneth C. Rudd, Esq.
David S.S. Hamilton, Esq.
Zeichner, Ellman & Krause LLP
1211 Avenue of the Americas
New York, NY 10036
Tel.: (212) 223-0400
krudd@zeklaw.com
dhamilton@zeklaw.com
*Attorneys for Defendant Bank of America, N.A.*

And

John M. Hintz
Maynard, Cooper & Gale, P.C.
551 Fifth Avenue – Suite 2000
New York, NY 10176

*Attorney for Defendant MONY Life Insurance Company s/h/a Mutual of New York*


AJS/jm DocuMed #0122-231_AJS

Anthony Sabo
60 Ainslie St
Brooklyn NY 11211

CLERK
2018 JAN 30 PM 2:36
U.S. DISTRICT COURT
EASTERN DISTRICT

7013 1090 0000 9193 4704

THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

11201-183299

02 1P
0000750093
MAILED FROM ZIP CODE 11211
UNITED STATES POSTAGE
$006.70°
PITNEY BOWES
JAN 26 2018