UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ANTHONY J. SARRO, MD , PRO-SE,

                Plaintiff,

                                            JUDGMENT
                                            16-cv-5066 (ENV) (ST)

      v.

BANK OF AMERICA; and
MUTUAL OF NEW YORK,

                Defendants.
------------------------------------------------------------ X

      A Memorandum and Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on August 29, 2018,denying Plaintiff's motion to remand; granting the Defendants' motions to dismiss; denying Plaintiff leave to amend; certifying pursuant to 28 U.S.C. § 1915(a), that any appeal would not be taken in good faith; and denying *in forma pauperis* status for the purpose of any appeal, *See Coppedge v. United States,* 369 U.S. 438 (1962); it is

      ORDERED and ADJUDGED that plaintiff's motion to remand is denied; that Defendants' motions to dismiss are granted; that plaintiff is denied leave to amend; that pursuant to 28 U.S.C. § 1915(a), any appeal would not be taken in good faith; and *in forma pauperis* is denied for the purpose of any appeal. *See Coppedge v. United States,* 369U.S. 438 (1962).

Dated: Brooklyn, NY                                                     Douglas C. Palmer
August 30, 2018                                                       Clerk of Court

                                                                  By:    /s/*Jalitza Poveda*
                                                                            Deputy Clerk